RECEIVED
MAY 1 8 2006

RECEIVED
JUN 1 3 2006
ROBERT H. SHEM___, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| TOBY JAY NODINE | CIVIL ACTION NO. 04-2307 |
| VS. | JUDGE MELANÇON |
| COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. After an independent review of the record, the applicable jurisprudence, and the objections filed by the parties, this Court concludes that the Findings and Recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **AFFIRMED.**

Lafayette, Louisiana this 12 day of June, 2006.

TUCKER L. MELANÇON
UNITED STATES DISTRICT COURT

COPY SENT:
DATE: 6-13-06
BY:
TO: